**Koshin HIRATANI, Plaintiff—Appellant,**

v.

**UNITED STATES of America, DEPARTMENT OF THE TREASURY; et al., Defendants–Appellees.**

No. 02–55660.

D.C. No. CV–92–07586–JMI.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 17, 2004.*

Decided Feb. 25, 2004.

Koshin Hiratani, pro se, Long Beach, CA, for Plaintiff–Appellant.

Before FERNANDEZ, W. FLETCHER, and TALLMAN, Circuit Judges.

## MEMORANDUM**

Koshin Hiratani appeals pro se the district court's order denying, pursuant to a vexatious litigant order, leave to file his complaint. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion. *See Moy v. United States,* 906 F.2d 467, 469 (9th Cir.1990). We affirm.

This court previously affirmed the district court's imposition of a vexatious litigant order barring Hiratani from filing further actions based on alleged illegal wiretapping. *See Hiratani v. United States Dep't. of Treasury,* No. 93–56504, 1994 WL 379105 (9th Cir. July 20, 1994), unpublished memorandum disposition.

This court also twice affirmed district court orders denying leave to file the present complaint. *See Hiratani v. United States Dep't. of Treasury,* No. 99–55490, 2000 WL 554474 (9th Cir. May 5, 2000), unpublished memorandum disposition; *Hiratani v. United States Dep't. of Treasury,* No. 00–56375 (9th Cir. Apr. 13, 2001), unpublished summary affirmance. Once again, the district court did not abuse its discretion in denying Hiratani's application for leave to file a complaint containing

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

the same allegations upon which the vexatious litigant order was based.

We deny Hiratani's motion for appointment of counsel. *See Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir.1991).

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.